**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STANISLAV PETROV AND MILAGRO MORAGA,<br><br>Defendants.<br>_____ / | No. CR 16-0159 WHA<br><br>**ORDER RE BRIEFING SCHEDULE ON MOTIONS TO COMPEL DISCOVERY** |

By June 28, 2016, defendants may file separate motions to compel discovery. The motions must be made under oath. The government will have until July 5, 2016 to respond under oath.

**IT IS SO ORDERED.**

Dated: June 23, 2016.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE