BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

DAMALI A. TAYLOR (CABN 262489)
    Assistant United States Attorney
      450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
      Telephone: (415) 436-7200
      Fax: (415) 436-7234
      damali.taylor@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 16-0159 WHA |
| Plaintiff, | |
| v. | UNITED STATES' MOTION TO SEAL EXHIBITS C-E IN SUPPORT OF UNITED STATES' OPPOSITION TO DEFENDANT'S MOTION TO COMPEL |
| STANISLAV PETROV, | |
| Defendant. | |

     On July 5, 2016, the government filed its Opposition to Defendant Petrov's Motion to Compel. *See* Docket No. 39. The Court has scheduled a hearing on the matter on July 12, 2016. In support of its opposition to the defendant's motion, the government seeks to file three exhibits under seal. Exhibit C contains records from the Marin County Jail concerning defendant Petrov. Exhibit D is an FBI report that contains information about a separate investigation. Exhibit E contains probation records from Santa Clara County regarding defendant Petrov's May 7, 2015 grant of felony probation. It contains personal information concerning defendant Petrov. Accordingly, the United States hereby requests leave to file these three exhibits, filed as the United States' Exhibits C-E, under seal.

1 | DATED: July 7, 2016        Respectfully submitted.

2                                            BRIAN J. STRETCH
United States Attorney

4                                         _____/s/_____
DAMALI A. TAYLOR
Assistant United States Attorney

7                                      [~~PROPOSED~~] ORDER

Upon the motion of the United States, and good cause appearing, IT IS HEREBY ORDERED THAT the Clerk of the Court file the United States' Exhibit C, Exhibit D and Exhibit E in support of United States' Opposition to Defendant Petrov's Motion to Compel in the above-captioned case under seal and maintain the documents under seal until further notice from this Court.

IT IS SO ORDERED.

July 12, 2016.

                                       _____
HON. WILLIAM ALSUP
United States District Court Judge

UNITED STATES' MOTION TO SEAL EXHIBITS
CR 14-0270 EMC                      2