STEVEN G. KALAR
Federal Public Defender
CARMEN SMARANDOIU
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:     415.436.7700
Facsimile:     415.436.7706
Carmen_Smarandoiu@fd.org

Counsel for Defendant MORAGA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 16-00159 WHA |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM JUNE 21, 2016, TO DECEMBER 5, 2016** |
| STANISLAV PETROV and MILAGRO MORAGA, | |
| Defendants. | |

    The United States of America, by and through Assistant United States Attorney Damali Taylor, and defendants Milagro Moraga, by and through defense counsel Carmen A. Smarandoiu, and Stanislav Petrov, by and through defense counsel William Osterhoudt, hereby stipulate that, with the Court's approval, the time between June 21, 2016 and December 5, 2016 is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective preparation of counsel.

    The parties appeared before the Court on June 21, 2016, at 2:00 p.m., for a status hearing in this proceedings. At the hearing, the Court ordered that the case be tried before a jury commencing December 5, 2016 and that the final pretrial conference be held on November 28, 2016. It further ordered that all Rule 12, discovery/disclosure, suppression, *Franks*, or confidential information motions, as well as all issues for which counsel should be on notice with the exercise of reasonable diligence be

filed by August 30, 2016. Upon the representation of the parties that they need additional time to review newly-provided discovery, conduct necessary investigation, prepare various motions, and prepare for trial, the parties requested that time be excluded under the Speedy Trial Act between June 21, 2016 and December 5, 2016, for effective preparation of counsel, under 18 U.S.C. § 3161(h)(7)(B)(iv).

The parties stipulate that the failure to exclude time would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence under 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate that the requested exclusion of time, from June 21, 2016 to December 5, 2016, is in the interests of justice and outweighs the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED.

Dated: July 28, 2016

/s/
CARMEN SMARANDOIU
Assistant Federal Public Defender
Attorney for Defendant Milagro Moraga

Dated: July 28, 2016

/s/
WILLIAM OSTERHOUDT
Attorney for Defendant Stanislav Petrov

Dated: July 28, 2016

/s/
DAMALI TAYLOR
Assistant United States Attorney
Attorney for the United States of America

Attestation of Filer

In addition to myself, the other signatories to this document are William Osterhoudt and Damali Taylor. I hereby attest that I have their permission to enter a conformed signature on their behalf and to file this document.

Dated: July 28, 2016

/s/
CARMEN SMARANDOIU
Assistant Federal Public Defender
Attorney for Defendant Milagro Moraga

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 16-00159 WHA                               2

## [~~PROPOSED~~] ORDER

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between June 21, 2016 and December 5, 2016, would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between June 21, 2016 and December 5, 2016, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY ORDERED that the time between June 21, 2016 and December 5, 2016, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: July 29, 2016.

HONORABLE WILLIAM ALSUP
United States District Judge

STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME
CR 16-00159 WHA                                3