IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 16-0159 WHA |
| Plaintiff, | |
| v. | **ORDER REQUESTING RESPONSE FROM GOVERNMENT** |
| STANISLAV PETROV AND MILAGRO MORAGA, | |
| Defendants. | |

The Court is in receipt of defendant Stanislav Petrov's request for permission to use a computer to review electronic discovery. **BY NOON TOMORROW, AUGUST 23, 2016**, the government shall file a response advising the Court of the most practical way in which defendant can review electronic discovery in this case.

**IT IS SO ORDERED.**

Dated: August 22, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE