1

2
William L. Osterhoudt (SBN 43021)
Dolores T. Osterhoudt (SBN 215537)
3
Law Offices of William L. Osterhoudt
135 Belvedere Street
4
San Francisco, CA  94117
Telephone:  (415) 664-4600
5
Fax:  (415) 664-4691
Email: osterhoudt@aol.com
6
*Attorney for Defendant,*
7
STANISLAV PETROV

8

9
IN THE UNITED STATES DISTRICT COURT

10
FOR THE NORTHERN DISTRICT OF CALIFORNIA

11
SAN FRANCISCO DIVISION

12

13
Case No. 16-0159 (WHA)

14
**UNITED STATES OF AMERICA,**

15
Plaintiff,

16
**v.**                          **[PROSED] ORDER**

17

18
**STANISLAV PETROV, et. al.**

19
Defendants.

20

21
TO VICKI HENNESSY, THE SHERIFF OF THE CITY AND COUNTY OF SAN

22
FRANCISCO, AND TO THE SAN FRANCISCO SHERIFF'S DEPARTMENT:

23

24
    **IT IS HEREBY ORDERED** that Defendant Stanislav Petrov be PERMITTED TO USE

25
A COMPUTER for the sole purpose of reviewing discovery and preparing work product in his

26
criminal case, under the following conditions:

27

28

1

1.      That the Sheriff's technical Support Unit will provide the make, model and specifications required for the computer and that the computer will not have internet access, games, or entertainment programs of any kind and should contain no image other than discovery, case law, and work product relevant to the criminal case.  In the alternative, the Sheriff's Department may provide the computer if one is available.

2.      That the Sheriff's Technical Support Unit will configure the computer for use with a USB drive data storage device.

3.       That the stored data will only be saved on the USB drive and encrypted so that it is only accessible by the defendant and defendant' counsel.

4.      That the computer will be provided to Defendant Petrov without any power cord or any other type of cord.  The use of head phones/ear plugs will be arranged through the facility commander at his/her discretion.

5.      That the computer will be inspected for internet access for security purposes by the Sheriff's Department Technical Services Division before it is provided to Defendant Petrov.

6.      That the computer will be stored in the facility commander's office where it will be secured, charged, and will be accessible to Defendant Petrov in the law library or in his housing unit at the Sheriff's discretion.  That the Sheriff's Department is not responsible for any damage to the computer.

7.      That any discovery materials to be viewed on the computer on the USB drive shall be provided to Defendant Petrov by his attorney of record, William L. Osterhoudt.  Defendant Petrov may maintain possession of one USB drive.

8.      That scheduling of the use of the computer by Defendant Petrov is solely within the discretion of the Sheriff's Department.

9.     Defendant Petrov may not share his computer, discovery or USB thumb drive with any other inmate, absent a court order.

10.     Any violation of this Order will result in loss of access to the computer.

Date:   August 23, 2016

_____
HONORABLE WILLIAM H. ALSUP,
United States District Court Judge